## 60072. DeFREESE v. THE STATE.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P.J. , and Banke, J., concur.*

SUBMITTED JUNE 6, 1980 — DECIDED SEPTEMBER 8, 1980.

*Larry D. Tew,* for appellant.
*E. Byron Smith, District Attorney, Hal Craig, Assistant District Attorney,* for appellee.